RONNIE WRIGHT *v.* DAVID BOURBEAU ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 512, is denied.

*Thomas Ullmann,* assistant public defender, in support of the petition.

Decided July 2, 1985

ANTHONY HENDERSON *v.* DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 143, is granted with limitation.

*Ernest F. Teitell,* in support of the petition.

*John F. Gill,* assistant attorney general, in opposition.

Decided July 2, 1985